# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINA R. RANCHEZ and VIRGILIO B. RANCHEZ, | ) ) ) |
| Plaintiffs, | ) ) Case No.  2:12-cv-01366-GMN-GWF |
| vs. | ) ) **ORDER** |
| HSBC BANK USA, *et al.*, | ) ) |
| Defendants. | ) ) |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated August 2, 2012, required the parties to file a Joint Status Report regarding removed action no later than September 4, 2012.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **September 24, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 12th day of September, 2012.

                                _____
                                GEORGE FOLEY, JR.
                                United States Magistrate Judge