# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINA R. RANCHEZ and VIRGILIO B. RANCHEZ, <br><br>          Plaintiffs, <br><br>vs. <br><br>HSBC BANK USA, *et al.*, <br><br>          Defendants. | Case No.  2:12-cv-01366-GMN-GWF <br><br>**ORDER** |

This matter is before the Court on the Notice of Settlement (#27) filed November 22, 2013, wherein the parties advised the Court that this matter had been settled, and that the parties were in the process of finalizing a settlement documents.  To date the parties have not filed dismissal papers.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report  by **February 13, 2014** advising the Court of the status of the settlement.

DATED this 3rd day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge